RECEIVED
APR 18 2016
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ERIC DEXTER WELCH,<br>    Defendant. | )<br>)<br>)<br>) Appeal No. 16-1399<br>) Lower Court No. 2:10-cr-8-RAE<br>) Hon. R. Allan Edgar, District Judge<br>)<br>) |

## Motion to Appoint Counsel
## Under the Criminal Justice Act

**Eric D. Welch** appears <u>pro se</u> and moves the Honorable Court to appoint counsel for the limited purpose of either the filing of revised briefing papers, taking evidence at a hearing, or both, under the facts and authorities presented in the Motion for Status/Hearing on Defendant's November 2010 Rule 33 Motion for New Trial, et al. [ECF No.'s 91 (mis-labelled by the court), 92, 94, 96]; Movant states as follows:

1.  All of the facts and authorities of the accompanying Motion for Status/Hearing on Defendant's November 2010 Rule 33 Motion for New Trial are incorporated into this instant Motion as if fully presented here.

2.  This Court has previously granted Mr. Welch's right to counsel under the Criminal Justice Act after having found him indigent. 18 U.S.C. § 3006A(a)(2)(B). [ECF No. 9].

3. A review of the authorities in the accompanying motion (¶1, above), reveal that except in extraordinary circumstances, a <u>pro se</u>, but counselled defendant who files a Rule 33 motion after trial but before sentencing may receive both counsel and a hearing. Counsel, because it is part of his criminal case and, under <u>United States v. Robinson</u>, 1997 U.S. App. LEXIS 27806 (6th Cir. 1997), a merits hearing is proper when the district court has opted to not choose one of only three possible actions regarding a <u>pro se</u> Rule 33 letter filing.

4. A review of Mr. Welch's <u>pro se</u> filings reveal he was unaware of the consequences of failing to properly label a motion, or frame the issues against the federal trial. [ECF No.'s 48, 49, 50].

5. Counsel Howard W. Anderson III, of the Law Office of Howard W. Anderson III, LLC is familiar with the record in the federal case. Mr. Anderson represented Movant late into his 2255 and, if asked, Mr. Welch believes that counsel Anderson would be willing to be appointed by this Court. He may be reached at...

    Howard W. Anderson III
    P.O. Box 661
    Pendleton, SC 29670
    Ph/(864) 643-5790
    Fax/(864) 332-9798
    howard@hwalawfirm.com

Given Mr. Anderson's familiarity with the record, appointing him would result in efficiencies for the taxpayer and enable continuity of counsel.

6. Mr. Anderson is a member of the CJA panels for the Fourth, Seventh, and Eleventh Circuits and is a member of the CJA panels for the Middle and Southern Districts of Georgia, and has made appearance both in this Court and the Sixth Circuit Court of Appeals.

7.  Mr. Welch specifically consents to the appoinment of Howard W. Anderson III.

**WHEREFORE,** in light of his indigency, Mr. Welch requests that this Court appoint Mr. Anderson to represent him.

April 14, 2016                               /s/ Eric D. Welch

Date Executed                                ERIC D. WELCH, pro se

Under penalty of perjury, pursuant                USM # 10444-089
to 28 U.S.C. § 1746, I declare that the            P.O. Box 1000
foregoing is true and correct and is submitted    Marion, IL  62959
this day under prison mailbox rule in the
institution's internal mail system designed for
legal mail, United States Postal Service, first-
class postage pre-paid.

### Certificate of Service

I certify that I served a copy of the foregoing Motions by U.S. Postal Service, first-class postage pre-paid, upon the following:

Paul Lochner
2nd Floor, US Attorney
1930 US Highway 41 W
First Merit Bank Bldg
Marquette, MI 49855

/s/ Eric Welch
Eric D. Welch pro se

3

cic D. Welch
0444-089
.S. Penitentiary
.O. Box 1000
Marion, IL 62959



⇔10444-089⇔
United States Court Appeal
Case Manager: Bryant Crutcher
100 E 5TH ST
Suite 540
Cincinnati, OH 45202
United States

Legal Mail