UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.                                                  No: 16-1399

ERIC DEXTER WELCH,

    Defendant-Appellant.
_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

The United States of America, by and through its attorneys, Patrick A. Miles. Jr., United States Attorney for the Western District of Michigan, and Paul D. Lochner, Assistant United States Attorney, respectfully moves, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, for a 30-day extension of time, up to and including August 18, 2016, to file Appellee's brief in the above-captioned case. The government's motion is based on the following:

    1.    The brief of the United States is currently due on July 19, 2016.

2. No prior request for an extension of time has been made by Appellee.

3. Appellant filed his brief on May 25, 2016.

4. The issues raised in Appellant's brief are important ones that require a response that fully addresses the legal and factual issues presented.

5. Due to other commitments, counsel for the United States has not had a sufficient opportunity to brief these issues adequately.

6. Additionally, the branch office in which undersigned counsel works is undergoing a computer conversion, which has hampered counsel's ability to work on the response and to have it reviewed, which has to be accomplished electronically. The government anticipates that this computer conversion work will be completed no later than July 21, 2016.

7. Undersigned counsel expects to have the government's brief completed, reviewed, and filed on or before August 18, 2016.

8. Undersigned counsel has not contacted the Appellant regarding this request.

9.  In order to provide the Court with a comprehensive review of the record and the law, the United States seeks this extension of time.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension to file its brief up to and including August 18, 2016.

                                          Respectfully submitted,

                                          PATRICK A. MILES, JR.
                                          United States Attorney

Date:  July 15, 2016                 /s/ Paul D. Lochner
                                          PAUL D. LOCHNER
                                          Assistant United States Attorney
                                          1930 U.S. 41 West, 2nd Floor
                                          Marquette, Michigan 49855
                                          (906)226-2500