**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: July 18, 2016

Mr. Paul D. Lochner
Office of the U.S. Attorney
1930 U.S. 41, W., Second Floor
Marquette, MI 49855

Mr. Eric Dexter Welch
U.S.P. Marion
P.O. Box 1000
Marion, IL 62959

        Re: Case No. 16-1399, *USA v. Eric Welch*
            Originating Case No. : 2:10-cr-00008-1

Dear Counsel and Mr. Welch:

   Appellee's motion for extension of time to file their brief has been **GRANTED.** The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

        Appellee's Brief                Filed electronically by **August 18, 2016**
        Appendix (if required by 6th
         Cir. R. 30(a) and (c))

        Appellant's Reply Brief        Mailed **17** days after
        (Optional Brief)                 the appellee's brief

   **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

   If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

Sincerely yours,

s/Leon T. Korotko for Bryant Crutcher
Case Manager
Direct Dial No. 513-564-7013