RECEIVED

JUL 25 2016

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff – Appellee, ) | |
| ) | |
| v. ) | No.: 16-1399 |
| ) | |
| ERIC D. WELCH, ) | |
|     Defendant – Appellant. ) | |

---

### NOTICE OF NON-OPPOSITION
[to Appellee's Motion for Extension of Time, Doc. #8]

---

Eric D. Welch appears pro se to notice the Court that he does not oppose the Government's Motion for Extension of Time [Doc. #8]. Further, he requests that this Court permit him to file a Reply brief by September 22, 2016.

Mr. Welch is currently uncounselled, is programming full-time in UNICOR Electronics Cable Factory, and experiences lack of meaningful access to the prison's law library due to multiple closures during the month in the evenings and weekends (which is typically the only time he can research and work on legal work.)

July 21, 2016
Date Executed
Under penalty of perjury, pursuant to
28 US..C. 1746, I declare that the foregoing
is true and correct and is deposited this day
under prison mailbox rule in the institution's
internal mail system designed for legal mail
United States Postal Service, first-class postage
pre-paid.

/s/ Eric Welch
Eric D. Welch, pro se
USM # 10444-089
P.O. Box 1000
Marion, IL 62959

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via United States Postal Service, first-class postage pre-paid upon the following this day:

Paul D. Lochner, AUSA
1930 U.S. 41 West, 2nd Floor
Marquette, MI 49855

July 21, 2016
Date

/s/ Eric Welch
Eric D. Welch, pro se
USM # 10444-089
P.O. Box 1000
Marion, IL  62959

From the Desk of:
Eric D. Welch
10444-089
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

SAINT LOUIS MO 630

21 JUL 2016 PM 5 L



⇔10444-089⇔
United States Court Appeal
Case Manager: Bryant Crutcher
100 E 5TH ST
Suite 540
Cincinnati, OH 45202
United States

Legal Mail

45202-394540

Warden
United States Penitentiary

Date: JUL 2 1 2016

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer does a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

*[signature]*